# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REAL TIME SOCIAL INVENTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-0182-RGA |
| v. | ) | |
| | ) | |
| CMI MARKETING, INC.; MEEBO, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| REAL TIME SOCIAL INVENTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-0184-RGA |
| v. | ) | |
| | ) | |
| CONDUIT USA, INC.; CONDUIT, LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| REAL TIME SOCIAL INVENTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-0185-RGA |
| v. | ) | |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| REAL TIME SOCIAL INVENTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-0186-RGA |
| v. | ) | |
| | ) | |
| GLAM MEDIA, INC.; NING, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | |
|---|---|
| REAL TIME SOCIAL INVENTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORACLE CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 12-0187-RGA |
| REAL TIME SOCIAL INVENTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROCKMELT, INC., )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 12-0188-RGA |
| REAL TIME SOCIAL INVENTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALESFORCE.COM, INC., )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 12-0189-RGA |
| REAL TIME SOCIAL INVENTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YAMMER, INC., )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 12-0190-RGA |

## STIPULATION OF DISMISSAL

The parties in the above actions, through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiff's claims that were raised or could have been raised are dismissed with prejudice, and that counterclaims, to the extent they were filed by defendants, shall be dismissed without prejudice, with each party to bear its own costs, expenses and fees.

Dated: October 5, 2015

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Rosemary Piergiovanni (#3655)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

*Attorneys for Plaintiff Real Time Social Inventions LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Defendant salesforce.com, inc.*

BLANK ROME LLP

/s/ Steven L. Caponi
Steven L. Caponi (#3484)
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
caponi@blankrome.com

*Attorneys for Defendant Facebook, Inc.*

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Conduit USA, Inc., Conduit Ltd., Glam Media, Inc., Ning, Inc., Meebo, Inc. and CMI Marketing, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Mary B. Graham
Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant Oracle Corporation*

FISH & RICHARDSON, P.C.

/s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Fish & Richardson P.C.
17th Floor
222 Delaware Avenue
P.O. Box 1114
Wilmington, Delaware
19899-1114
wmarsden@fr.com

*Attorneys for Defendant Yammer, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
noreika@mnat.com

*Attorneys for Defendant Rockmelt, Inc.*

Date: Oct 5, 2015

The Honorable Richard G. Andrews